**No. 52415.**—Q. W. Lung Co. et al. *v.* United States, protests 25417–K, etc. (Boston, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JUNE 24, 1948

**No. 52416.**—The Glemby Co., Inc. *v.* United States, petition 6683–R (New York).

Opinion by CLINE, J. The petition was dismissed.

BEFORE THE SECOND DIVISION, JUNE 25, 1948

**No. 52417.**—Bernard Krulwich & Co. et al. *v.* United States, protests 683034–G, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JUNE 25, 1948

**No. 52418.**—James G. Biddle Co. et al. *v.* United States, protests 56342–K, etc. (Philadelphia).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52419.**—Browne Vintners Co., Inc., et al. *v.* United States, protests 79887–K, etc. (Boston, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52420.**—H. A. Gogarty, Inc., et al. *v.* United States, protests 132042–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52421.**—Charles W. Baum Co. et al. *v.* United States, protests 135498–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.